IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE CIA FIXED THE 2020
U.S. PRESIDENTIAL ELECTION
FREDERICK BANKS RECEIVED
TWO ALLEGHENY COUNTY (PITTSBURGH)
PENNSYLVANIA BALLOTS OTHER PA
VOTERS WHO RECEIVED MULTIPLE
BALLOTS LIKELY SENT THEM ALL
IN AKA VOTED MULTIPLE TIMES
BY MISTAKE IF NOT PURPOSELY
WHICH IS HOW JOE BIDEN WAS
ABLE TO CLOSE AN OVER 125,000
VOTE LEAD TRUMP HAD IN PENNSYLVANIA.
FREDERICK BANKS SENT BOTH BALLOT
ENVELOPES TO IVANKA TRUMP AT
THE WHITE HOUSE, PLAINTIFFS,

Related DOJ

Case No. CV20-10769-ODW
(GJS)

FEE DUE

FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(Frederick Banks in two letters sent on 11/17/16 & 5/3/17 exposed the FISA on the 2016 Trump campaign & Steve Bannon as "The White House Leaker" (Letters were sent to Ivanka Trump) See USA v. Banks, 15cr168 (WDPA) ECF 259, 352, 593)

V.

THE CIA USED A TECHNOLOGY CALLED
"MICROWAVE HEARING" OR
"MICROWAVE AUDITORY EFFECT" TO
INFLUENCE ELECTION OFFICIALS AND
VOTERS; CENTRAL INTELLIGENCE
AGENCY, FCI Oakdale, LA warden Maat,
DEFENDANTS.

Petition for a WRIT of Habeas Corpus
28 USC §2241 AND TO STAY SEATING of 46th US President

Frederick Banks an American Indian alleges for his petition as follows:

1. Banks is being illegally held in violation of Federal Law & the US Constitution by the CIA & warden Maat. CIA is employing Microwave Hearing & FISA on plaintiffs and used it to fix the US Election for President in 2020. Banks received two Ballots from the Allegheny County Election office in Pittsburgh and sent both Ballot envelopes and one complete set containing the Ballot (unopened) to Ivanka Trump at the White House. Other voters who received multiple Ballots likely submitted them all unknowingly or on purpose which is how Biden was able to easily close an over $125k lead Trump had in the PA election process. The Election was completely fraudulent!!! The Court should order a full investigation and stay the seating of Joe Biden as President until all Ballots in PA, AZ, NV, NC and Georgia can be individually

looked at to ensure there was no dual voting and an accurate count can be made. Banks should be discharged from custody + unlawful FISA Restraint as should Election Officials + PA voters.

WHEREFORE, the foregoing petition should be granted.

Executed under the penalty for perjury on 11/8/20

Respectfully submitted,

Frederick Banks
05711068
PO Box 5000
Oakdale, LA 71463
PLAINTIFF/Petitioner
www.facebook.com/hamiltonbrownson

## MOTION TO PROCEED IN FORMA PAUPERIS

Banks move to proceed IFP

1. He has no available assets, checking or savings
2. He has no dependents
3. He is unemployed + confined

Wherefore the motion should be granted.

Executed on 11/8/20 under perjury

Dated: 11/8/20

Frederick Banks

## ATTENTION VOTERS – IMPORTANT, PLEASE READ

As announced on October 9, a number of voters in Allegheny County mistakenly received incorrect ballots. There were no issues with the county data, but a ballot image mapping error by the county's vendor has resulted in voters receiving incorrect ballots. You are included in that number as the ballot previously sent to you did not correspond to your municipality, ward and district. We apologize for the error.

*Please find enclosed a correct, re-issued ballot for the November 3, 2020 election and the necessary materials for the return of the ballot. The front of the declaration envelope has an orange bar on the front of the envelope to indicate that it is the one for the corrected ballot. Use the envelope with the orange bar to return your ballot.*

Even if you have already returned a ballot, whether an incorrect one or a corrected one that was reissued at an elections office, you are asked to complete and return the enclosed ballot. All previously returned ballots will be segregated at the elections warehouse and reviewed as part of the Return Board process. Only one ballot will be counted for each voter.

All items (ballot, envelopes and instructions) contained in the prior mailing should be destroyed and the materials in this envelope should be used to cast your vote.

If you have decided to vote in person at your polling place instead, you should take this corrected ballot packet with you to the polling place on Election Day. You will surrender the materials to the poll workers and will be asked to sign a form that confirms your choice. Once that is done, you may vote in person as if you had never applied for a mail-in or absentee ballot.

Exhibit A

# GENERAL ELECTION 2020
## INSTRUCTIONS FOR VOTING YOUR ABSENTEE/MAIL-IN BALLOT

Your completed ballot must be received by the Allegheny County Elections Division **not later than 8 P.M. ON TUESDAY, NOVEMBER 3, 2020.** However, ballots received up until Friday, November 6, 2020 and post marked by Tuesday, November 3, 2020 will be counted. All voters are encouraged to complete and mail their ballots as soon as possible.

**PLEASE NOTE: If you receive an absentee/mail-in ballot and return your completed ballot by the deadline, you may not vote at your polling place on Election Day. If you are unable to return your completed absentee/mail-in ballot by the deadline, you may still vote in person on Election Day if you bring your ballot and envelopes to the Judge of Elections at your designated polling place to be spoiled on Election Day. If you do not bring the ballot and envelopes back to your polling place, you may only vote by provisional ballot at your polling place on Election Day.**

TO VOTE, YOU MUST DARKEN THE OVAL (●) COMPLETELY. DO <u>NOT</u> MAKE A × OR √. When marking your ballot, use **ONLY** a blue or black ink pen. Your ballot will be counted by an optical scanner and if you use anything other than a blue or black ink pen, your ballot may not be counted. To vote for a person whose name is not on the ballot, write his or her name on the line marked "Write-In", and darken the oval next to the words "Write-In".

After marking your ballot, re-fold it and place it in the smaller envelope labeled "Official Election Ballot", and then securely seal it. **DO NOT MAKE MARKINGS OF ANY KIND OR PUT ANY STICKERS ON THE OFFICIAL BALLOT" ENVELOPE. DOING SO COULD RESULT IN YOUR BALLOT BEING DISQUALIFIED.** Then insert the smaller "Official Election Ballot" envelope in the larger envelope pre-addressed to the Elections Division. The back of the larger envelope contains the "VOTER'S DECLARATION". Sign and print your name and the date beneath the "VOTER'S DECLARATION" on the larger envelope. **IF YOU DO NOT SIGN THE "VOTER'S DECLARATION" YOUR VOTE WILL NOT COUNT. PLEASE SIGN IT!**

The only paper in the larger mailing envelope should be your "Official Election Ballot" envelope which contains your completed ballot, unless you received help in completing your ballot, in which case the designated agent form should also be included. Those forms are available upon request from the Elections Division.

Finally, return your completed ballot via mail or personally deliver your ballot to one of the Elections Division offices. A schedule of office locations and hours can be found at www.alleghenycounty.us/elections

## ALLEGHENY COUNTY ELECTIONS DIVISION
### 412-350-4518



SHREVEPORT LA 710
20 NOV 2020 PM 1 L

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Frederick Banks
05711-068
PO Box 5000
Oakdale, LA 71463

L24l

Special mail

Clerk, US District Court
Central District of California
First Street Courthouse
350 W. 1st Street
Los Angeles, CA 90012

90012-453699