1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE CIA FIXED THE 2020 U.S. PRESIDENTIAL ELECTION FREDERICK BANKS RECEIVED TWO ALLEGHENY COUNTY (PITTSBURGH) PENNSYLVANIA BALLOTS OTHER PA VOTERS WHO RECEIVED MULTIPLE BALLOTS LIKELY SENT THEM ALL IN AKA VOTED MULTIPLE TIMES BY MISTAKE IF NOT PURPOSELY WHICH IS HOW JOE BIDEN WAS ABLE TO CLOSE AN OVER 125,000 VOTE LEAD TRUMP HAD IN PENNSYLVANIA FREDERICK BANKS SENT BOTH BALLOT ENVELOPES TO IVANKA TRUMP AT THE WHITE HOUSE,<br><br>Petitioner<br><br>v.<br><br>THE CIA USED A TECHNOLOGY CALLED "MICROWAVE HEARING" OR "MICROWAVE AUDITORY EFFECT" TO INFLUENCE ELECTION OFFICIALS AND VOTERS; CENTRAL INTELLIGENCE AGENCY; FCI Oakdale, LA Warden Maat,<br><br>Respondents. | Case No. 2:20-cv-10769-ODW (GJS)<br><br>**JUDGMENT** |
|---|---|

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: December 2, 2020

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE